```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04408
    SONIA D HICKMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9061


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/13/2007 and was not confirmed.

    The case was dismissed without confirmation 07/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

DAIMLER CHRYSLER FINANCI  SECURED VEHIC      7561.00           .00         300.00
DAIMLER CHRYSLER FINANCI  UNSECURED             .10            .00            .00
GR AM FIN                 SECURED            2000.00           .00            .00
GR AM FIN                 UNSECURED           355.87           .00            .00
PHH MORTGAGE SERVICES     CURRENT MORTG         .00            .00            .00
PHH MORTGAGE SERVICES     MORTGAGE ARRE         .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            871.49           .00            .00
A/R CONCEPTS              UNSECURED         NOT FILED          .00            .00
NATIONAL CAPITAL MANAGEM  UNSECURED           797.43           .00            .00
AMERICASH LOANS LLC       UNSECURED           670.54           .00            .00
AMERICASH LOANS LLC       UNSECURED           431.91           .00            .00
CAPITAL ONE               UNSECURED           685.42           .00            .00
COLLECTION COMPANY OF AM  UNSECURED         NOT FILED          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED           384.40           .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED          1092.55           .00            .00
PARK DANSAN COLLECTIONS   UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED          .00            .00
TNB-TARGET                UNSECURED         NOT FILED          .00            .00
RENT A CENTER             NOTICE ONLY       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           162.41           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        1,984.00                       348.10
TOM VAUGHN                TRUSTEE                                            45.63
DEBTOR REFUND             REFUND                                            194.74

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                              RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        888.47

PRIORITY                                             .00
SECURED                                           300.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04408 SONIA D HICKMAN
```

```
UNSECURED                                                      .00
ADMINISTRATIVE                                              348.10
TRUSTEE COMPENSATION                                         45.63
DEBTOR REFUND                                               194.74
                                 ---------------    ---------------
TOTALS                                    888.47             888.47
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 12/13/07           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```